**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: UPSET SALE, TAX CLAIM BUREAU OF TIOGA COUNTY CONTROL NO. 00014306 (JOLEEN GEORGE) | : No. 613 MAL 2023<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth |
| PETITION OF: JOLEEN R. GEORGE | : Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.